```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
ALL-WAYS FORWARDING INT'L, INC.,          :   21cv11071(DLC)
                                          :
                            Plaintiff,    :   ORDER
                -v-                       :
                                          :
M/V EVER LIBERAL et al.,                  :
                            Defendants.   :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    It is hereby

    ORDERED that the November 17, 2022 conference is canceled.

Dated:    New York, New York
           November 15, 2022

                                              DENISE COTE
                                  United States District Judge